

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00081-CV

| | | |
|---|---|---|
| Fain Family First Limited Partnership and Fain Family Management Corporation | § | From the 96th District Court |
| | § | of Tarrant County (96-250709-11) |
| v. | § | April 18, 2013 |
| EOG Resources, Inc. | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment that grants summary judgment to EOG Resources, Inc. on its claims against Fain Family First Limited Partnership and Fain Family Management Corporation (collectively Fain), and that grants summary judgment to EOG Resources Inc. on Fain's claim that EOG Resources, Inc. breached its duty to reasonably develop the lease. We affirm the remainder of the trial court's judgment. We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall pay its own costs of this appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bob McCoy